# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 09/09/2026 |
| Case: 26−20947 | Form ID: 309I | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Michael Nicholas Goodenough 215a Chaplin Rd Eastford, CT 06242 |
| ust | U. S. Trustee Office of the U.S. Trustee Giaimo Federal Building 150 Court Street, Room 302 New Haven, CT 06510 |
| tr | Roberta Napolitano Chapter 13 Trustee 10 Columbus Boulevard Ste 6th Floor Hartford, CT 06106 |

TOTAL: 3