MIME-Version:1.0
From:CTBECF_Courtmail@ctb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: USTPRegion02.NH.ECF@USDOJ.GOV
Do not notice for BK case:

Message-Id:<16441678@ctb.uscourts.gov>
Subject:26-20947 Entry

Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from eds entered on 9/9/2026 at 9:27 AM EDT and filed on 9/9/2026

| | |
|---|---|
| **Case Name:** | Michael Nicholas Goodenough |
| **Case Number:** | 26-20947 |
| **Document Number:** | 4 |

**Docket Text:**
**Notice to Counsel and Self-Represented Litigants Regarding Artificial Intelligence Assisted Research:** Attorneys and Self-Represented Litigants alike should exercise great caution in submitting any language generated by Artificial Intelligence (AI) in filings before the Court. Use of AI without verification of the accuracy of the information it generates like any other shoddy research method from other sources or tools implicates Federal Rule of Civil Procedure 11 and Federal Rule of Bankruptcy Procedure 9011, the central purpose of which is to deter baseless filings in bankruptcy court and thus to streamline the administration and procedure of the federal courts. Rule 11 and Rule 9011 apply fully to documents filed by Self-Represented Litigants and counsel.

Therefore, all parties and litigants are on notice that the Court has a no-tolerance policy for any filings, whether AI-assisted or not, that hallucinates legal propositions or otherwise severely misstates the law. Such filings will often result in sanctions absent reasonable excuse. *See generally Willis v. U.S. Bank Nat'l Ass'n et al,* No. 3:25-CV-516-BN, 2025 WL 1408897 (N.D. Tex. May 15, 2025). Signed by the Clerk of Court on 09/09/2026. (eds)

The following document(s) are associated with this transaction:

**26-20947 Notice will be electronically mailed to:**

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**26-20947 Notice will not be electronically mailed to:**

Michael Nicholas Goodenough
215a Chaplin Rd
Eastford, CT 06242