United States Bankruptcy Court
District of Connecticut

In re:
Michael Nicholas Goodenough
Debtor

Case No. 26-20947-
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2 User: admin Page 1 of 1
Date Rcvd: Sep 09, 2026 Form ID: pdfdoc2 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Nicholas Goodenough, 215a Chaplin Rd, Eastford, CT 06242-9442 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 1

ct95 10/2025

# United States Bankruptcy Court
# District of Connecticut

In re:
Michael Nicholas Goodenough

Debtor*

Case Number: 26-20947

Chapter: 13

## NOTICE OF DEADLINE(S) TO CURE FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on September 9, 2026. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN SEVEN (7) DAYS AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

#### LIST OF CREDITORS

MISSING LIST OF CREDITORS. The debtor(s) did not file a list of creditors with the Voluntary Petition. Please note that any address listed for a creditor that is a business entity such as a corporation, partnership, or bank, must also include an attention line addressed to an Officer, President, Manager or General Agent of the business (i.e., Attn: President). *See,* Fed. R Bankr. P. 1007(a) and D. Conn. Bankr. L.R. 1007-1.

The debtor(s) is **directed** to file the list of creditors, including an attention line (i.e., Attn: President) for any creditor that is a business entity **no later than seven (7) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

#### SCHEDULES

The following Schedules are required to be filed by the debtor(s) in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed with the Voluntary Petition. The debtor(s) is **directed** to file the missing Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice:

Summary of Schedules
(Official Form B 106sum)

Schedule A/B - Real and Property
(Official Form B 106A/B)

Schedule C − Property Claimed as Exempt
(Official Form B 106C)

Schedule D − Creditors Holding Secured Claims
(Official Form B 106D)

Schedule E/F − Creditors Holding Unsecured Claims
(Official Form B 106E/F)

Schedule G − Executory Contracts and Unexpired Leases
(Official Form B 106G)

Schedule H − Codebtors
(Official Form B 106H)

Schedule I − Current Income of Individual Debtor(s)
(Official Form B 106I)

Schedule J − Current Expenditures of Individual Debtor(s)
(Official Form B 106J)

Declaration Concerning Debtor's Schedules
(Official Form B 106Dec)

**STATEMENT OF FINANCIAL AFFAIRS**

The Statement of Financial Affairs was not filed with the Voluntary Petition.
*See*, Fed. R. Bankr. P. 1007(b) and (c).

The debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107 with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**CHAPTER 13 MEANS TEST**

The Chapter 13 Calculation of Your Disposable Income was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b)(6) and (c)

The debtor(s) is **directed** to file the Chapter 13 Calculation of Your Disposable Income using Official Form 122C-2 dated 04/25 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**CHAPTER 13 PLAN**

The Chapter 13 Plan was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 3015(b).

The debtor(s) is directed to file a signed and dated Chapter 13 Plan using the Local Form dated 9/2025 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: September 9, 2026

Pietro Cicolini
Clerk of Court