Connecticut Local Form Verification of List of Creditors (03/2026)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re Michael Nicholas Goodenough

Debtor(s)

Case No. 26-2097

Chapter

SEP 14 2026 PM1:59
FILED-USBC-CT-HARTFOR

## VERIFICATION OF LIST OF CREDITORS

(I/We), the debtor(s), declare under penalty of perjury that all entities identified, or to be identified, in Schedules D, E/F, G, and H are listed in the List of Creditors filed in this bankruptcy case, including creditors, parties to leases and executory contracts, and co-debtors. *See*, Fed. R. Bankr. P. 1007 and D. Conn. Bankr L. R. 1007-1, 2002-1. (I/We) understand (I/we) can amend the List of Creditors pursuant to Fed. R. Bankr. P. 1009 and D. Conn. Bankr. L. R. 1009-1.

(I/We) declare that the names and addresses of the listed entities are true, correct, and consistent with the schedules to the best of (my/our) knowledge pursuant to Fed. R. Bankr. P. 1008.

Date: 09/14/2026

[signature]
Signature of Debtor 1

Michael Nicholas Goodenough
Debtor 1 (Type Name)

Date:

Signature of Debtor 2 (joint debtor) (if applicable)

Debtor 2 (Type Name)

**Himalayan High**
ATTN **Dena Paolino**
**2727 Jacobs ladder Road**
**Becket, MA 01223**

**DG AgTek LLC**
ATTN **Phil Desouza**
**215A Chaplin RD**
**Eastford, CT 06242**

ATTN **Michele Goodenough**
**15 Budding Ridge**
**Southington, CT 06249**

**Columbia Dental**
ATTN **cherry Technologies, inc.**
**2261 market Street #4689**
**San Francisco, CA 94114**

ATTN **Capital One**
**P.O. Box 71087**
**Charlotte, NC 28272**

ATTN **Edfinancial Services**
**P.O. Box 360008**
**Knoxville, TN 37930**

**Cable Fleisher & Sosebee, PLLC**
ATTN **Quinn Heath, Esq**
**90 Conz Street**
**Northampton, MA 01060**

ATTN **TD Bank, N.A.**
**PO Box 9547**
**Portland, ME 04112-9547**

ATTN **Etrade Securities LLC**
**P.O. Box 484**
**Jersey City, NJ 07303-0484**