UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL NICHOLAS GOODENOUGH | CASE NO. 26-20947 |
| Debtor. | September 16, 2026 |

APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for U.S. Bank TrustNational Association, not in its individual capacity, but solely in its capacity as trustee of CitigroupMortgage Loan Trust 2022-RP5, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the Debtor.

Dated: September 16, 2026 By: */s/ Linda St. Pierre*

Linda St. Pierre, Esq.
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St.
23rd Floor
Hartford, CT 06103
(860) 808-0606
Federal Bar No. CT22287

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this sixteenth day of September, 2026 to:

Michael Nicholas Goodenough
215a Chaplin Rd
Eastford, CT 06242
(Debtor)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: September 16, 2026

By: */s/ Linda St. Pierre*
Linda St. Pierre, Esq.
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St.
23rd Floor
Hartford, CT 06103
(860) 808-0606
Federal Bar No. CT22287