# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re

Michael Nicholas Goodenough

Debtor(s)

Case No. 26-20947

Chapter

SEP 22 2026 PM3:04
FILED-USBC-CT-HARTFOR

## VERIFICATION OF LIST OF CREDITORS

(I/We), the debtor(s), declare under penalty of perjury that all entities identified, or to be identified, in Schedules D, E/F, G, and H are listed in the List of Creditors filed in this bankruptcy case, including creditors, parties to leases and executory contracts, and co-debtors. *See*, Fed. R. Bankr. P. 1007 and D. Conn. Bankr L. R. 1007-1, 2002-1. (I/We) understand (I/we) can amend the List of Creditors pursuant to Fed. R. Bankr. P. 1009 and D. Conn. Bankr. L. R. 1009-1.

(I/We) declare that the names and addresses of the listed entities are true, correct, and consistent with the schedules to the best of (my/our) knowledge pursuant to Fed. R. Bankr. P. 1008.

Date: Sep 22 2026

[signature]
Signature of Debtor 1

Michael Nicholas Goodenough
Debtor 1 (Type Name)

Date:

Signature of Debtor 2 (joint debtor) (if applicable)

Debtor 2 (Type Name)

Michael Nicholas Goodenough
Case # 26-20947

Himalayan High
Att Dena Paolino
2727 Jacobs ladder Road
Becket, MA 01223

DG AgTek LLC
Att Phil Desouza
215A Chaplin RD
Eastford, CT 06242

Att Michele Goodenough
15 Budding Ridge
Southington, CT 06249

Columbia Dental
Att cherry Technologies, inc.
2261 market Street #4689
San Francisco, CA 94114

Att Capital One
P.O. Box 71087
Charlotte, NC 28272

Att Edfinancial Services
P.O. Box 360008
Knoxville, TN 37930

Cable Fleisher & Sosebee, PLLC
Att Quinn Heath, Esq
90 Conz Street
Northampton, MA 01060

Att TD Bank, N.A.
PO Box 9547
Portland, ME 04112-9547

Att Etrade Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

Michael Nicholas Goodenough
Case # 26-20947

Att Shellpoint Mortgage department

New ShellPoint

17000 Katy Freeway, Suite 300

Houston, TX 77094

Boston Trust Corp

Att Nicole Grover

New 100 Hallet Street

Boston Ma 02124

Att PNC Bank

New P.O. Box 8807

Dayton OH 45401

Verizon

Att Verizon Wireless Bankruptcy AdministratioVerizon Wireless Bankruptcy Administration

New 500 Technology Drive, Suite 550

Weldon Spring, MO 63304

Certification of Service

You are being notified of the Chapter 13 Bankruptcy of Michael Nicholas Goodenough of 215A Chaplin Rd Eastford Ct 06242

Please Refer to Case No 26-20947.

Sincerely

Michael Goodenough