**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**IN RE:** **CHAPTER 13**

**MICHAEL NICHOLAS GOODENOUGH** **CASE NO. 26-20947 (JJT)**

**Debtor**

**SEPTEMBER 30, 2026**

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel hereby enters an appearance on behalf of Nathan Primus, a Creditor in the above-captioned case. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, be given to and served upon:

Ronald I. Chorches, Esquire
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road
Wethersfield, CT 06109-2115
Phone: 860-563-3955
Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

**Respectfully submitted,**

By: *<u>/s/ Ronald I.Chorches</u>*
Ronald I. Chorches, Esquire
Fed Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road
Wethersfield, CT 06109-2115
Phone: 860-563-3955/Fax: 860-513-1577
Email:ronchorcheslaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

This is to certify that on the 30th day of September, 2026, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the Court's CM/ECF notification system, and via First-Class U.S. Mail as follows:

**U.S. Trustee**
Steven E. Mackey, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Rm. 302
New Haven, CT 06510

**Trustee**
Roberta Napolitano
Chapter 13 Trustee
10 Columbus Boulevard
Ste. 6th Floor
Hartford, CT 06106

**Debtor**
Michael Nicholas Goodenough
215a Chaplin Road
Eastford, CT 06242

A. Michelle Hart Ippoliti, Esq.
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076

Linda St. Pierre, Esq.
McCalla Raymer Leibert Pierce, LLP
280 Trumbull St., 23rd Floor
Hartford, CT 06103

*<u>/s/ Ronald I. Chorches</u>*
Ronald I. Chorches, Esq.