United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 26-20947-jjt |
| Michael Nicholas Goodenough | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2026 | Form ID: 112 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Nicholas Goodenough, 215a Chaplin Rd, Eastford, CT 06242-9442 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart Ippoliti | on behalf of Creditor PNC Bank National Association michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor PNC Bank National Association linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank TrustNational Association not in its individual capacity, but solely in its capacity as trustee of CitigroupMortgage Loan Trust 2022-RP5 linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-2 User: admin 
Date Rcvd: Sep 28, 2026 Form ID: 112 Total Noticed: 1
TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
September 28, 2026

In re:
Michael Nicholas Goodenough
Debtor*

Case Number: 26−20947
Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323, will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **November 19, 2026** at **10:00 AM** to consider and act upon the following matter(s):

**Chapter 13 Plan Filed by Michael Nicholas Goodenough, Debtor. (Re: Doc #17)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE PLAN SHALL BE FILED ON OR BEFORE: November 12, 2026** before 4:00 p.m. Untimely objections may not be considered.

**CERTIFICATE OF SERVICE:** The Debtor's attorney, or the Debtor, if not represented by counsel, shall file a certificate of service pursuant to Local Bankr. R. 3015−2(c) within three (3) business days of the date of this Notice.

NOTE: Pursuant to Local Bankr. R. 3015−2(b), the Debtor's attorney, or the Debtor, if not represented by counsel, must appear at the confirmation hearing unless specifically excused by Court order. Failure to attend may result in denial of confirmation of the Chapter 13 Plan.

Dated: September 28, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut

Tel. (860) 240−3675
VCIS* (866) 222−8029

450 Main Street, 7th Floor
Hartford, CT 06103

* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – ymo