# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
October 6, 2026

In re:
Michael Nicholas Goodenough
Debtor*

Case Number: 26−20947
Chapter: 13

## NOTICE OF CERTIFICATE OF SERVICE FILING DEFICIENCY

**NOTICE IS HEREBY GIVEN THAT** the above−named debtor filed a Chapter 13 Plan, ECF No. 17, on September 23, 2026. A Notice of Chapter 13 Plan Confirmation Hearing was issued as ECF No. 21, on September 28, 2026.

The Clerk notes a Certificate of Service evidencing service of the Chapter 13 Plan and the Notice of Chapter 13 Confirmation Hearing has not been filed by the debtor as required by Federal Rules of Bankruptcy Procedure 3015(d) and Local Rule of Bankruptcy Procedure 3015−2(c).

Dated: October 6, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 171 − acj