# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 10/6/2026 |
| Case: 26−20947 | Form ID: 171 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Roberta Napolitano | notices@ch13rn.com |
| aty | A. Michelle Hart Ippoliti | michelle.ippoliti@mccalla.com |
| aty | Linda St. Pierre | linda.st.pierre@mccalla.com |
| aty | Ronald Ian Chorches | ronchorcheslaw@sbcglobal.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Michael Nicholas Goodenough 215a Chaplin Rd Eastford, CT 06242 |
| cr | U.S. Bank TrustNational Association, not in its individual capacity, but solely in its capacity as trustee of CitigroupMortgage Loan Trust 2022−RP5 c/o McCalla Raymer Leibert Pierce, LLP Bankruptcy Department 280 Trumbull St FL 23 Hartford, CT 06103−3599 |
| cr | PNC Bank, National Association c/o MCCALLA RAYMER LEIBERT PIERCE, LLP Bankruptcy Department 280 Trumbull St FL 23 Hartford, CT 06103 |
| cr | PNC Bank, National Association c/o MCCALLA RAYMER LEIBERT PIERCE, LLP Bankruptcy Department 1544 Old Alabama Rd Roswell, GA 30076 |
| cr | Nathan E. Primus 102 Farmstead Road Souhington, CT 06489 |

TOTAL: 5