United States Bankruptcy Court
District of Connecticut

In re:
Michael Nicholas Goodenough
Debtor

Case No. 26-20947-jjt
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 06, 2026 | Form ID: 171 | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Nicholas Goodenough, 215a Chaplin Rd, Eastford, CT 06242-9442 |
| cr | + | Nathan E. Primus, 102 Farmstead Road, Souhington, CT 06489-2407 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2026 18:42:00 | PNC Bank, National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2026 18:42:00 | PNC Bank, National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2026 18:42:00 | U.S. Bank TrustNational Association, not in its in, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| A. Michelle Hart Ippoliti | on behalf of Creditor PNC Bank National Association michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor PNC Bank National Association linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank TrustNational Association not in its individual capacity, but solely in its capacity as trustee of CitigroupMortgage Loan Trust 2022-RP5 linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| Ronald Ian Chorches | on behalf of Creditor Nathan E. Primus ronchorcheslaw@sbcglobal.net ch13@chorcheslaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 6

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
October 6, 2026

In re:
Michael Nicholas Goodenough
Debtor*

Case Number: 26−20947
Chapter: 13

### NOTICE OF CERTIFICATE OF SERVICE FILING DEFICIENCY

**NOTICE IS HEREBY GIVEN THAT** the above−named debtor filed a Chapter 13 Plan, ECF No. 17, on September 23, 2026. A Notice of Chapter 13 Plan Confirmation Hearing was issued as ECF No. 21, on September 28, 2026.

The Clerk notes a Certificate of Service evidencing service of the Chapter 13 Plan and the Notice of Chapter 13 Confirmation Hearing has not been filed by the debtor as required by Federal Rules of Bankruptcy Procedure 3015(d) and Local Rule of Bankruptcy Procedure 3015−2(c).

Dated: October 6, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 171 − acj