UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL NICHOLAS GOODENOUGH, | CASE NO. 26-20947 |
| | 10/16/2026 |
| Debtor. | |

**OBJECTION TO CONFIRMATION**

PNC Bank, National Association ("Movant"), a secured creditor in the above bankruptcy case on property located at 15 Buddin Ridge, Southington, CT 06489 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. On June 14, 2005, the Debtor executed a Home Equity Line of Credit Agreement.
2. Upon information and belief, Debtor's Plan does not treat Creditor's claim.
3. Secured Creditor has not yet filed proof of claim but will do so prior to the expiration of the claim's deadline.
4. Debtor's Schedule D does not list the Property. Plan confirmation should be denied unless or until Debtor amends Debtor's Schedule D to reflect Creditor's loan.
5. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim. In the event the Debtor does not intend to treat Secured Creditor's Claim in the Plan, Debtor's Amended Plan should be amended to place Secured Creditor's Claim under Section 3.4 – Surrender of Collateral.
6. Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or

the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

7. Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,
2. Grant such other and further relief as is just and equitable

PNC Bank, National Association

By: */s/Linda St. Pierre*

Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
50 Weston Street
Hartford, CT 06120
Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

In Re: Michael Nicholas Goodenough, Bankruptcy Case: 26-20947

Chapter: 13

CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this 16th day of October, 2026 to:

Michael Nicholas Goodenough
215a Chaplin Rd
Eastford, CT 06242

*(served via ECF Notification)*

PROSE,

Roberta Napolitano *(served via ECF Notification)*
Chapter 13 Trustee
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

U. S. Trustee *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: 10/16/2026

By: */s/Linda St. Pierre*
Linda St. Pierre, Esq.
Federal Bar No. CT22287
McCalla Raymer Leibert Pierce, LLP
50 Weston St.
Hartford, CT 06120
860-240-9156