# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
November 2, 2026

In re:
Michael Nicholas Goodenough
Debtor*

Case Number: 26−20947
Chapter: 13

## DEFICIENCY NOTICE REGARDING AMENDED SCHEDULES AND/OR STATEMENTS

The amendment to schedule(s) and/or statement(s) filed on November 2, 2026 is deficient and will not be processed for the following reason(s):

- **Certification of Service is not attached for amended Schedule D or E/F.**

Please correct and refile the amendment as a **"Corrected Amendment"** with the clerk's office within seven (7) days from the date of this notice. The amendment will not be processed if this deficiency is not cured.The amendment may be disallowed and/or stricken from the record.

**Note:** Moving parties without an attorney have an additional three (3) days to correct and submit a "Corrected Amendment" in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

To electronically refile the amendment, please use event "Corrected Amendment" under the miscellaneous category.

Dated: November 2, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 145 − eds

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.