# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 11/9/2026 |
| Case: 26−20947 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty Ronald Ian Chorches ronchorcheslaw@sbcglobal.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
9692016 Citigroup Mortgage Loan Attn: Linda St. Pierre, Esq. McCalla Raymer Leibert Pierce, LLP 280 Trumbull St. 23rd Floor Hartford, CT 06103
9692012 PNC Bank National Association Attn: Linda St. Pierre, Esq. McCalla Raymer Leibert Pierce, LLP 280 Trumbull St. 23rd Floor Hartford, CT 06103
9692013 PNC Bank National Association Attn: A. Michelle Hart Ippoliti, Esq. 1544 Old Alabama Road Roswell, GA 30076

TOTAL: 3